

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00041-CR

Kyle **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 17, 2015.

_Karen Angelini_
Karen Angelini, Justice

---

[1] The Honorable Mary Román presided over the hearing on the pre-trial motion to suppress and over the first trial which ended in a mistrial because the jury was unable to reach a verdict. The Honorable Pat Priest presided over the second trial, and the Honorable Mary Román signed the judgment.